IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A., <br><br>Plaintiffs, <br><br>vs. <br><br>BEK SYSTEMS, INC., an Illinois Corporation, <br><br>Defendant. | CIVIL ACTION <br><br> NO.: 07 CV 2797 <br><br> JUDGE: MANNING <br><br><br> MAGISTRATE JUDGE: DENLOW |

**MOTION FOR ENTRY OF FINAL JUDGMENT
AGAINST DEFENDANT BEK SYSTEMS, INC.**

NOW COME the Plaintiffs, Board of Trustees of the Pipe Fitters' Retirement Fund, Local 597 *et al.* (hereinafter referred to as "TRUST FUNDS"), by and through their attorneys, Johnson & Krol LLC, and move this Court to enter judgment against Defendant BEK SYSTEMS, INC. (hereinafter referred to as "BEK"), and in support states as follows:

1. On July 25, 2007, the parties entered into a Secured Settlement Agreement for $22,829.63, representing a period of delinquency from June through December of 2002.

1

2.  On August 30, 2007, this Honorable Court entered an Order in the above-captioned matter reserving jurisdiction, a copy of which is attached hereto as Exhibit 1. This Order incorporated the parties' Settlement Agreement by reference and was attached to the Order as Exhibit A.

3.  The Settlement Agreement required Defendant BEK to make four (4) monthly payments of $5,790.95 at an interest rate of 8.250%, commencing on August 1, 2007.

4.  The Defendant is currently in default on the July 25, 2007 Settlement Agreement, as the Defendant failed to make settlement payments for the months of September, October and November of 2007.

5.  Defendant currently owes the Plaintiffs approximately $22,757.45 in unpaid benefit contributions, liquidated damages, interest charges and actual and anticipated attorney's fees and costs. (Affidavits of damages are attached as Exhibits 2 and 3.)

6.  On November 8, 2007, the Court granted the Plaintiffs Motion to Re-open this case and continued the matter until November 15, 2007 for entry of judgment.

7.  A proposed Judgment Order is attached hereto as Exhibit 4.

**WHEREFORE**, the Plaintiffs pray for entry of a Judgment in favor of the Plaintiffs, and against the Defendant BEK as follows:

A. That Defendant BEK be Ordered to pay the Plaintiffs $16,348.10, the amount of the unpaid contributions, liquidated damages, and interest due the Plaintiffs;

B. That Defendant BEK be Ordered to pay Plaintiffs' reasonable actual and anticipated attorneys' fees and costs in the amount of $6,409.35; and

C. Any further relief as this Honorable Court deems just and equitable.

>Respectfully submitted,
>
>JOHNSON & KROL, LLC
>
>/s/ Joseph E. Mallon - # 6280529
>One of Plaintiffs' Attorneys

JOHNSON & KROL, LLC
208 S. LaSalle St., Suite 1602
Chicago, IL 60604
312.372.8587